UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                           CASE NO.: 13-27598-JKO
                                                                 CHAPTER: 7

EVAN WHELAN

         Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

TO THE COURT, THE CLERK OF THE COURT, DEBTOR(S), THE TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

The undersigned hereby files this Notice of Appearance in the above entitled matter as attorney for Secured Creditor, Wells Fargo Bank, NA (hereinafter referred to as "Creditor") in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above captioned matter, including all notices required by Rule 2002 of the Federal Rules of Bankruptcy Procedure to the following address:

                              Alice Blanco
                              Aldridge | Connors LLP
                              Fifteen Piedmont Center
                              3575 Piedmont Road, N.E., Suite 500
                              Atlanta, Georgia 30305

Dated: August 5, 2013                                    /s/Alice Blanco                .
                                                                  Alice Blanco, Bar No.: FL 450359
                                                            Attorney for Secured Creditor
                                                           Aldridge | Connors, LLP
                                                           Fifteen Piedmont Center
                                                           3575 Piedmont Road, N.E., Suite 500
                                                           Atlanta, Georgia 30305
                                                            P:  404-994-7400
                                                            F:  888.873.6147

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below, I served a copy of the foregoing Notice of Appearance and Request for Service of Notice by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following Parties have been served via email:

The following parties have been served electronically through the court's ECF System at the email address registered with the Court:

Joe M. Grant, Esq

Kenneth A Welt

The following parties have been served via U.S. Mail:

Evan Whelan
838 SE 4th Court
Deerfield Beach, FL 33441

Dated: August 5, 2013                /s/Alice Blanco            .
                                      Alice Blanco, Bar No.: FL 450359
                                      Attorney for Secured Creditor
                                      Aldridge | Connors, LLP
                                      Fifteen Piedmont Center
                                      3575 Piedmont Road, N.E., Suite 500
                                      Atlanta, Georgia 30305
                                      P:  404-994-7400
                                      F:  888.873.6147