UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:   CASE NO. 13-27598-JKO

EVAN WHELAN,   CHAPTER 7

     Debtor.
_____/

**DEBTOR'S *EX-PARTE* MOTION TO EXTEND
DEADLINE FOR COMPLIANCE WITH NOTICE TO FILE REQUIRED
DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES (DE #6)**

Debtor in Possession, Evan Whelan ("Whelan" or "Debtor") by and through his undersigned counsel and pursuant to Local Rule 9013-1(C)(2), files this *Ex-Parte* Motion to Extend Deadline for Compliance with Notice to File Required Documents and/or Correct Filing Deficiencies (DE #6) and in support thereof states as follows:

1. On July 26, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Pursuant to the Notice to File Required Documents and/or Correct Filing Deficiencies (DE #6), the current deadline for the Debtor to file his Schedules and Statement of Financial Affairs and related documents is August 9, 2013.

3. The meeting of creditors is scheduled for August 28, 2013.

4. The Debtor is working diligently to prepare his Schedules and Statement of Financial Affairs and related documents, however additional time is necessary.

5. The relief requested herein will not prejudice any creditor or party in interest in this case.

WHEREFORE, the Debtor requests that this Court enter an Order Extending the Deadline for Compliance with the Notice to File Required Documents and/or Correct Filing Deficiencies through and including Tuesday, August 20, 2013 and granting such other relief as this Court may deem just and proper.

Respectfully submitted this 8th day of August, 2013.

        **MARSHALL SOCARRAS GRANT, P.L.**
        Attorneys for the Debtor
        197 South Federal Highway, Suite 300
        Boca Raton, Florida  33432
        Telephone No. 561.361.1000
        Facsimile No. 561.672.7581
        Email: jgrant@msglaw.com

        By:  /s/ Joe M. Grant
            JOE M. GRANT
            Florida Bar No. 137758

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 8th day of August, 2013, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all parties and counsel of record identified on the attached Service List via U.S. Mail and transmission of Notice of Electronic Filing generated by CM/ECF.

## SERVICE LIST

**VIA CMECF:**

- Joe M. Grant, Esq.    jgrant@msglaw.com; efile@msglaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**VIA U.S. MAIL**

Alice Blanco, Esq.
Aldridge Connors, LLP
3575 Piedmont Road N.E., Suite 500
Atlanta, FL 30305